00-00144 In re Heckler.wpd



In re Jeff HECKLER

Original Mandamus Proceeding

Court of Appeals No. 04-00-00144-CV


Trial Court No. 99-CI-09270


From the 150th Judicial District Court, Bexar County, Texas 


Honorable Phylis J. Speedlin, Judge Presiding





PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Karen Angelini, Justice


Delivered and Filed: March 22, 2000


MOTION TO STAY UNDERLYING PROCEEDING DENIED; PETITION FOR WRIT OF
MANDAMUS DENIED


 On March 6, 2000, relator filed a petition for writ of mandamus. On March 7, 2000, relator
filed a motion to stay the underlying proceeding. This court has determined that relator has an
adequate remedy by appeal. Therefore, the motion and the petition are DENIED. Tex. R. App. P.
52.8(a).

 PER CURIAM

DO NOT PUBLISH